■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD R. GRIFFIN, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and

five typewritten copies of the brief. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.